UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MICHAEL C. SMART, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| STATE OF TEXAS, NORMA FAVELA | § | |
| BARCELEAU, *El Paso County District* | § | |
| *Clerk (Official and Individual Capacity),* | § | |
| PHYLLIS GONZALEZ, *Associate Judge,* | § | EP-19-CV-00356-DCG |
| *Title IV-D (Individual Capacity),* DANIEL | § | |
| KAUFMAN, *State of Texas, Assistant State* | § | |
| *Attorney (Individual Capacity),* JUAN | § | |
| BUSTILLOS, *Court Baliff, El Paso County* | § | |
| *Sheriff Department (Individual Capacity),* | § | |
| | § | |
| *Defendants.* | § | |

## ORDER REFERRING CASE
## TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that the above-captioned case is hereby **REFERRED** to United States

Magistrate Judge Miguel A. Torres to conduct all preliminary proceedings not inconsistent with

28 U.S.C. § 636(b) and Appendix C of the Local Rules of this District, including to issue a

scheduling order, to hear and determine any pretrial matter, to guide discovery, and to issue

proposed findings of fact and recommendations for disposition by this Court of any dispositive

motion prior to trial.

   So ORDERED and SIGNED this 6th day of December 2019.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE